JOHN A. KINGSBURY, Commissioner of Public Charities of the City of New York, on the Complaint of THERESA NICHOLAS, Respondent, v. JEREMIAH O'NEILL, Appellant.

Appeal from an order of filiation made by the Court of Special Sessions of the City of New York on the 11th day of April, 1917.

PER CURIAM: The evidence was entirely insufficient to justify the order complained of and it is, therefore, reversed and the proceeding dismissed. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ. Order reversed and proceeding dismissed. Order to be settled on notice.

---

WILLIAM F. TITUS and Others, Appellants, v. CLARA D. DUBOIS, Widow, etc., and Others, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office March 16, 1918, granting judgment on the pleadings.

PER CURIAM: The order appealed from is affirmed. In so affirming the order we have taken into consideration, as requested to do both by appellants and respondents, the actual terms of the trust deed as stated in the briefs of both sides before us. The order should be affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to amend within twenty days on payment of said costs. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ. Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to amend on payment of costs.